# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
)
)
Julio Alejandio Elias )

CASE NUMBER 08mj 8688

ABSTRACT OF ORDER

Booking No.____________________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8-11-08

the Court entered the following order:

✓ Defendant be released from custody.

_______ Defendant placed on supervised / unsupervised probation / supervised release.

_______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 15,000 p/s bond posted.

_______ Defendant appeared in Court. FINGERPRINT & RELEASE.

_______ Defendant remanded and ( _______ bond) ( _______ bond on appeal) exonerated.

_______ Defendant sentenced to TIME SERVED, supervised release for _______ years.

_______ c.c. judgment Court of Appeals ( _______ affirming) ( _______ reversing) decision of this Court:

_______ dismissing appeal filed.

_______ Bench Warrant Recalled.

_______ Defendant forfeited collateral.

_______ Case Dismissed.

_______ Defendant to be released to Pretrial Services for electronic monitoring.

_______ Other.____________________

2008 AUG 11 P 3:21

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

Received____________________
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by E. Flores
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY