PS8B

August 18, 2008

FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Elias, Julio Alejandro **Dkt No.:** 08MJ8688-001

**Reg. No.:** 09180-298

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Date Conditions of Release Imposed:** August 4, 2008

**Conditions of Release:** restrict travel to the Southern and Central Districts of California; not to enter Mexico; report for supervision to Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination of both.

**Date Released on Bond:** August 11, 2008

**Charged Offense:** 21 USC § 952 and 960: Importation of a controlled substance (18.56 kg of Marijuana)

**Next Court Hearing:** August 28, 2008, at 1:30 p.m.

**AUSA:** John F. Weis
(760) 370-0893

**Defense Counsel**: Siri Shetty, appointed
(619) 602-8479

**Prior Violation History:** None

---

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

## CAUSE

During a post release interview with the defendant, he admitted to prior illicit drug use. The defendant reported he last used marijuana five days prior to the arrest. He also disclosed using cocaine and methamphetamine in the past. Mr. Elias does not oppose to the drug testing condition.

The undersigned contacted defense counsel, Siri Shetty, and she does not object to the modification to include drug testing and/or treatment as a condition of release. The defendant's surety, Heidy Velasquez Olvera, also does not oppose to the modification.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 8/18/08

Respectfully submitted:

by [signature]
Yolanda German
U.S. Pretrial Services Officer
(760) 482-2872

Reviewed and approved:

[signature]
Carlos Gutierrez
Supervising U.S. Pretrial Services Officer

Attachments

**THE COURT ORDERS:**

__✓__ Modify conditions of release to include drug testing and/or treatment as directed by Pretrial Services.

_____ Other ______________________________

[signature]
United States Magistrate Judge Peter C. Lewis

8-18-08
Date

**PACTS Photograph**
**Client: Elias, Julio Alejandro (222309)**



Image at pre-defined width